649 A.2d 851

IN THE MATTER OF KEVIN P. BOSIES,
AN ATTORNEY AT LAW.

November 17, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Supreme Court recommending that **KEVIN P. BOSIES**, of **ENGLISHTOWN**, who was admitted to the bar of this State in 1984, be suspended from the practice of law for a period of six months for violation of *RPC* 1.1(a) and (b) (gross neglect and pattern of neglect), *RPC* 1.2(a) (scope of representation), *RPC* 1.3 (lack of diligence), *RPC* 1.4 (failure to communicate) and *RPC* 8.4(c) (misrepresentation), and the Disciplinary Review Board having further recommended that respondent's restoration to practice be conditioned on a psychiatric report attesting to respondent's fitness to practice, and that respondent be required to practice under the supervision of a proctor for a period of one year after reinstatement, and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are hereby adopted and respondent is suspended from the practice of law for a period of six months, effective December 7, 1994, and until the further Order of the Court; and it is further

ORDERED that prior to filing a petition for reinstatement to practice respondent submit a report by a psychiatrist approved by the Office of Attorney Ethics attesting to respondent's fitness to practice law; and it is further

ORDERED that on reinstatement, respondent practice law under the supervision of a proctor approved by the Office of Attorney Ethics for a period of one year and until further Order of the Court; and it is further

ORDERED that the Decision and Recommendation of the Disciplinary Review Board, together with this Order and the full

record of the matter, be added as a permanent part of the file of said **KEVIN P. BOSIES** as an attorney at law of the State of New Jersey; and it is further

ORDERED that **KEVIN P. BOSIES** be and hereby is restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that respondent comply with Administrative Guideline No. 23 of the Office of Attorney Ethics dealing with suspended, disbarred or resigned attorneys; and it is further

ORDERED that **KEVIN P. BOSIES** reimburse the Office of Attorney Ethics and the Disciplinary Review Board for appropriate administrative costs.

WITNESS, the Honorable Robert L. Clifford, Presiding Justice, at Trenton, this 15th day of November, 1994.